UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CABRUN E. WATSON,                    )     No. CV 07-5223-RC
                                     )
          Plaintiff,                 )
                                     )     JUDGMENT
     v.                              )
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
                                     )
          Defendant.                 )
 _____ )

     IT IS ADJUDGED that Judgment be entered remanding the action to

the Social Security Administration for further proceedings consistent

with the Opinion and Order, pursuant to sentence four of 42 U.S.C.

§ 405(g).


DATED: _December 12, 2008___  __/S/ Rosalyn M. Chapman_____
                              ROSALYN M. CHAPMAN
                         UNITED STATES MAGISTRATE JUDGE




R&R-MDO\07-5223.jud
12/11/08